UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-62845-CIV-ZLOCH

MARIA MARULANDA,

     Plaintiff,

vs.                                              **FINAL ORDER OF DISMISSAL**

BOSS, THE PET CONNECTION, a
Florida corporation, and
ENRIQUE FERNANDEZ, individually,

     Defendants.

_____/

THIS MATTER is before the Court upon the Joint Motion For Approval Of Settlement Agreement And Dismissal With Prejudice (DE 27), filed herein by all Parties.  The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Parties' Joint Motion For Approval Of Settlement Agreement And Dismissal With Prejudice (DE 27) be and the same is hereby **GRANTED;**

2. Pursuant to Lynn's Food Stores v. United States, 679 F.2d 1350 (11th Cir. 1982), the Parties' Settlement Agreement (DE 27-1) has been reviewed by the Court and the same is hereby approved, adopted and ratified by the Court;

3. The above-styled cause be and the same is hereby **DISMISSED**

with prejudice; and

    4. The Court will retain jurisdiction solely for the purpose of enforcing the Parties' Settlement Agreement (DE 27-1).

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____14th____ day of July, 2017.

 

_____
WILLIAM J. ZLOCH
Sr. United States District Judge

Copies furnished:

All Counsel of Record